Richard Van Wyck Thorne and Others, Appellants, v. Henry T. Carey and Others, Respondents.— Motion to dismiss appeal granted, with ten dollars costs, unless the plaintiffs perfect their appeal, place the same at the foot of the present calendar and be ready for argument when the same is reached. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Charles G. Willoughby, Respondent, v. Dana A. Patten, Appellant.— Motion to dismiss appeal granted, with ten dollars costs, unless defendant appellant serve his printed papers on appeal within ten days and stipulate to argue the appeal on the 14th of March, 1910, in which event the motion is denied, without costs. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Henry J. Wirth, Respondent, v. Moses Cohen, Appellant.— Motion to dismiss appeal granted, with costs, unless the appellant perfect his appeal, place the same upon the next calendar of this court and be ready for argument when reached. Present — Jenks, Burr, Thomas, Rich and Carr, JJ.

Carlos Heath, Appellant, v. Frank L. Haggerty, Respondent.— Judgment of the Municipal Court reversed and a new trial ordered, costs to abide the event, on the ground that it was not essential to the plaintiff's cause of action to prove the value of the chattel which he had replevied and which was still in his possession. Woodward, Jenks, Burr, Thomas and Carr, JJ., concurred.

Stephen B. Heaton, Respondent, v. The Village of Chester, Appellant.— Judgment affirmed, with costs, upon the opinion of Mr. Justice Tompkins at Special Term. (Reported in 59 Misc. Rep. 558.)* Hirschberg, P. J., Woodward, Jenks, Thomas and Carr, JJ., concurred.

Felix Hirsch, Plaintiff, v. Isaac Parshelsky and Samuel Sheindelman, Appellants. Samuel Evans Maires, Referee, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Supplementary Proceedings of Bedford Construction Company, Respondent, v. Abraham Dubroff, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Hirschberg, P. J., Woodward, Thomas, Rich and Carr, JJ., concurred.

In the Matter of the Application of Andrew J. Cooke, as Sole Surviving Executor, etc., of Martha Fries, Deceased, Respondent, to Compel Edwin D. Hamlin, Attorney, Appellant, to Pay Over Certain Moneys.— Order modified by fixing the appellant's fees at the sum of $500, and by directing that he pay one-half of the disbursements of the reference, and that he pay to Cooke, the executor, the balance of the money, without interest, and as so modified affirmed, without costs to either party. Woodward, Thomas, Rich and Carr, JJ., concurred; Hirschberg, P. J., voted to affirm the order, with ten dollars costs and disbursements.

In the Matter of the Judicial Settlement of the Account of Mary E. Potter, as Executrix, etc., of Elizabeth Wortman, Deceased. In the Matter of the Judicial Settlement of the Account of Katharine M. Wood, as Executrix, etc., of Elizabeth Wortman, Deceased. Katharine M. Wood, Individually and as Executrix,

---

* The opinion in this case contained in case on appeal furnished reporter is reported *sub nom. George.* v. *Village of Chester* (59 Misc. Rep. 553).— [REP.